```
MANATT, PHELPS & PHILLIPS, LLP
GEOFFREY T. TONG (Bar No. CA 140312)
DAVID T. MORAN (Bar No. CA 217647)
11355 West Olympic Boulevard
Los Angeles, CA 90064
Telephone: (310) 312-4000
Facsimile: (310) 312-4224
gtong@manatt.com; dmoran@manatt.com
```

*Attorneys for Defendant*
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

*E-FILED - 4/3/07*

| | |
|---|---|
| STANFORD HOSPITAL AND CLINICS,<br><br>Plaintiff,<br><br>vs.<br><br>THE MEGA LIFE AND HEALTH INSURANCE COMPANY and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. C 0604151 RMW<br><br>STIPULATION AND [xxxxxxxxxxxxxxx] ORDER DISMISSING ACTION WITH PREJUDICE |

TO THE HONORABLE RONALD M. WHYTE, UNITED STATES DISTRICT JUDGE:

IT IS HEREBY STIPULATED by and between the parties, through their attorneys of record, that this action be dismissed with prejudice pursuant to Federal

///

///

///

///

///

Rule of Civil Procedure 41(a)(1), each party to bear its own attorneys' fees and costs.

Dated: March 15, 2007        MANATT, PHELPS & PHILLIPS, LLP

By: _____
Geoffrey T. Tong
*Attorneys for Defendant*
THE MEGA LIFE AND HEALTH INSURANCE COMPANY

Dated: March 16, 2007        STEPHENSON, ACQUISTO & COLMAN

By: _____
Barbara V. Lam
*Attorneys for Plaintiff*
STANFORD HOSPITAL AND CLINICS

### ORDER

Based on the parties' stipulation, and good cause appearing,

IT IS SO ORDERED.

Dated: 4/3/07

*Ronald M. Whyte*
Ronald M. Whyte
UNITED STATES DISTRICT JUDGE

41087240.1

# PROOF OF SERVICE

I am employed in the county of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 303 North Glenoaks Boulevard, Suite 700, Burbank, California 91502-3226. On 19 March 2007, I served the foregoing document(s) entitled:

STIPULATION AND [PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE

by placing a true copy thereof enclosed in a sealed envelope addressed per the attached Service List.

[X] BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Burbank, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. [C.C.P. 1013a(3); F.R.C.P. 5(b)]

[ ] BY FEDERAL EXPRESS: I caused such envelope(s), with overnight Federal Express Delivery Charges to be paid by this firm, to be deposited with the Federal Express Corporation at a regularly maintained facility on the aforementioned date. [C.C.P. 1013(c) 1013(d)]

[ ] BY EXPRESS MAIL: I caused such envelope(s), with postage thereon fully prepaid and addressed to the party(s) shown above, to be deposited in a facility operated by the U.S. Postal Service and regularly maintained for the receipt of Express Mail on the aforementioned date. [C.C.P. 1013(c)]

[ ] BY TELECOPIER: Service was effected on all parties at approximately ____:____ am/pm by transmitting said document(s) from this firm's facsimile machine (818/559-4477) to the facsimile machine number(s) shown above. Transmission to said numbers was successful as evidenced by a Transmission Report produced by the machine indicating the documents had been transmitted completely and without error. C.R.C. 2008(e), Cal. Civ. Proc. Code § 1013(e).

[ ] State: I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

1  [ X ]  Federal: I declare that I am employed in the office of a member of the bar of
2         this court at whose direction the service was made.

/s/ Aida Grigorian

AIDA GRIGORIAN

## SERVICE LIST

Geoffrey T. Tong, Esq.
David T. Moran, Esq.
11355 West Olympic Blvd.
Los Angeles, CA 90064